**DISMISS and Opinion Filed October 11, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00358-CV**

**ANGELIA SMITH, Appellant**
**V.**
**TEXAS WORKFORCE COMMISSION AND FEDEX GROUND, Appellees**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-04897**

## MEMORANDUM OPINION

Before Justices Goldstein, Garcia, and Miskel
Opinion by Justice Goldstein

Appellant's brief in this case is overdue. On September 27, 2023, we denied appellant's fourth motion for an extension of time to file her brief. In the same order, and on our own motion, we ordered appellant to file her brief by October 9, 2023, and cautioned her that failure to do so would result in the dismissal of this appeal for want of prosecution without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed her brief. Accordingly, we dismiss this appeal. *See id.*

/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
JUSTICE

230358F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ANGELIA SMITH, Appellant

No. 05-23-00358-CV     V.

TEXAS WORKFORCE
COMMISSION AND FEDEX
GROUND, Appellees

On Appeal from the 191st Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-22-04897. Opinion delivered by Justice Goldstein. Justices Garcia and Miskel participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered October 11, 2023